# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Donio, Ann Marie | U.S. District Court, NJ | 09/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge Fulltime | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, NJ 08101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Unified Credit Trust Under Will - "Trust No. 1" |
| 2. Parttime Lecturer | Rutgers University School of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donio, Ann Marie | 09/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Rutgers University (teaching) | $3,452.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Abarta Inc. Pension Plan` |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Princeton University | Tuition, Fees & Board | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America - Accounts | A | Interest | J | T | | | | | |
| 2. Ocean First Bank (formerly Ocean City Home Bank) - Accounts | A | Interest | L | T | | | | | |
| 3. S & D Donio Family Lmt. Partnership | | None | J | U | | | | | |
| 4. Trust #1 | | | | | | | | | |
| 5. --Wells Fargo & Company (formerly Wachovia Corporation) | C | Dividend | L | T | | | | | |
| 6. --Real estate partnership interest Rental Parcel-HammontonNJ | | None | M | U | | | | | |
| 7. --Bank of America - Account | | None | K | T | | | | | |
| 8. Invesco Oppenheimer IRA | | | | | | | | | |
| 9. --Invesco Oppenheimer Equity Income Fund, Inc. Class A | C | Dividend | K | T | | | | | |
| 10. -- Invseco Oppenheimer Rising Dividends Fund, Inc. Class A | D | Dividend | M | T | | | | | |
| 11. -- Invesco Oppenheimer Capital Appreciation Fund Class A | E | Dividend | M | T | | | | | |
| 12. 401K Savings Plan #2 | | | | | | | | | |
| 13. --JPM SMRTRET 2020 I | E | Int./Div. | M | T | | | | | |
| 14. Prudential Whole Life | B | Dividend | K | T | | | | | |
| 15. Common Stock - DIS | A | Dividend | J | T | | | | | |
| 16. Wells Fargo- Account | A | Interest | J | T | | | | | |
| 17. Brokerage Account #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | American Century EquityIncome Fund X | A | Dividend | J | T | Sold | 08/19/19 | K | A | |
| 19. | | | | | | Buy | 10/16/19 | J | | |
| 20. | | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 21. | | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 22. | American Funds Capital World Grinc Fund X | A | Dividend | J | T | Sold | 08/19/19 | K | A | |
| 23. | | | | | | Buy | 11/19/19 | J | | |
| 24. | | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 25. | American Funds Growth Fund X | | None | | | Sold | 08/19/19 | K | A | |
| 26. | American Funds Hilnc Muni Fund X | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 27. | American Funds Income Fund X | A | Dividend | K | T | Sold | 08/19/19 | K | A | |
| 28. | | | | | | Buy | 09/30/19 | J | | |
| 29. | | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 30. | | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 31. | | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 32. | American Funds New World Fund X | A | Dividend | J | T | Sold | 08/19/19 | K | A | |
| 33. | | | | | | Buy | 11/12/19 | J | | |
| 34. | | | | | | Buy<br>(add'l) | 11/18/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 37.   Artisan High Income Fund X | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 38.   Calamos Market Neutral Fund | A | Dividend | K | T | Buy | 09/30/19 | J | | |
| 39. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 42.   Schwab Cash X | A | Interest | J | T | | | | | |
| 43.   Catalyst Milburn Hedge Fund | A | Dividend | K | T | Buy | 12/02/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 46.   Cohen & Steers Realty Fund X | A | Dividend | K | T | Sold | 08/19/19 | J | A | |
| 47. | | | | | Buy | 09/30/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 49. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 09/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 53. Diamond Hill Short Dur Bond Fund X | | None | | | Sold | 08/19/19 | J | A | |
| 54. Dodge Cox Balanced X | | None | | | Sold | 08/19/19 | L | A | |
| 55. DoublelineTotal Return Fund X | A | Dividend | J | T | Sold | 08/19/19 | K | A | |
| 56. | | | | | Buy | 12/13/19 | J | | |
| 57. Fuller & Thaler Small Cap Fund | A | Dividend | J | T | Buy | 12/02/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 60. Guggenheim Total Return Fund | A | Dividend | K | T | Buy | 10/16/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 64. Invesco ETF Intl Low Vol | A | Dividend | K | T | Buy | 10/04/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 68. Invesco Preferred ETF | A | Dividend | K | T | Buy | 09/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 10/04/19 | J | | |
| 70. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 73. JP Morgan Hedged Equity Fund | A | Dividend | K | T | Buy | 10/04/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 76. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 78. MFS Emerging Mkts Debt Fund X | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 79. Parnassus Mid Cap Fund | A | Dividend | J | T | Buy | 12/02/19 | J | | |
| 80. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 82. Performance Trust Muni Bond Fund X | | None | | | Sold | 08/19/19 | K | A | |
| 83. Pioneer Strategic Income Fund X | A | Dividend | | | Sold | 08/19/19 | K | A | |
| 84. Schwab S&P 500 Index Fund | A | Dividend | K | T | Buy | 11/12/19 | J | | |
| 85. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donio, Ann Marie | 09/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 89.   Schwab US Broad Market ETF | A | Dividend | J | T | Buy | 10/16/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 91. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 92.   Schwab US Dividend ETF X | A | Dividend | J | T | Sold | 08/19/19 | K | A | |
| 93. | | | | | Buy | 10/04/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 95. | | | | | Buy<br>(add'l) | 11/12/19 | J | | |
| 96.   Schwab US Mid Cap ETF X | | None | | | Sold | 08/19/19 | J | A | |
| 97.   Schwab US Small Cap ETF X | | None | | | Sold | 08/19/19 | J | A | |
| 98.   Schwab Value Advantage Money Fund | A | Dividend | M | T | Buy | 08/27/19 | N | | |
| 99. | | | | | Sold<br>(part) | 09/30/19 | J | A | |
| 100. | | | | | Sold<br>(part) | 10/04/19 | K | A | |
| 101. | | | | | Sold<br>(part) | 10/08/19 | K | A | |
| 102. | | | | | Sold<br>(part) | 10/16/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 09/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 10/28/19 | K | A | |
| 104. | | | | | Sold<br>(part) | 10/31/19 | K | A | |
| 105. | | | | | Sold<br>(part) | 11/12/19 | J | A | |
| 106. | | | | | Sold<br>(part) | 11/18/19 | J | A | |
| 107. | | | | | Sold<br>(part) | 11/19/19 | J | A | |
| 108. | | | | | Sold<br>(part) | 11/29/19 | K | A | |
| 109. | | | | | Sold<br>(part) | 12/02/19 | K | A | |
| 110. | | | | | Sold<br>(part) | 12/03/19 | K | A | |
| 111. | | | | | Sold<br>(part) | 12/13/19 | K | A | |
| 112. | | | | | Sold<br>(part) | 12/17/19 | K | A | |
| 113. SPDR Dow Jones Global Real Est ETF X | A | Dividend | J | T | Sold | 08/19/19 | J | A | |
| 114. | | | | | Buy | 10/31/19 | J | | |
| 115. Templeton Global Bond Fund X | | None | | | Sold | 08/19/19 | J | A | |
| 116. Thornburg Invt Income Builder Fund X | A | Dividend | | | Sold | 08/19/19 | K | A | |
| 117. Thornburg Limited Term Income Fund X | A | Dividend | | | Sold | 08/19/19 | J | A | |
| 118. Thornburg Strategic Income Fund | A | Dividend | K | T | Buy | 10/08/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 09/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/19/19 | J | | |
| 121. | | | | | Buy (add'l) | 12/02/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Donio, Ann Marie** | 09/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Asset No. 3 reflects units owned in Family Limited Partnership. The family limited partnership owns a one-third interest in a New Jersey general partnership. The general partnership owns real estate in Hammonton, NJ. I am not a general partner and I have terminated any management role prior to taking office.

| Name of Person Reporting | Date of Report |
|---|---|
| Donio, Ann Marie | 09/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ann Marie Donio**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544